### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSI PHARMACEUTICALS, LLC and GENENTECH, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES INC. AND SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>    Defendants. | No. 1:17-cv-00666-GMS |

### STIPULATION AND ORDER FOR EXTENSION OF
### TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs OSI Pharmaceuticals and Genentech and Defendants Sun Pharmaceutical Industries Inc. and Sun Pharmaceutical Industries Ltd., (collectively "Sun") subject to the approval of the Court, hereby stipulate and agree to extend the time for Sun to answer or otherwise respond to Plaintiffs' Complaint (D.I. 1) to September 6, 2017. The reason for this request is to provide Sun with sufficient time to adequately respond to the allegations in the Complaint.

| | |
|---|---|
| */s/ Derek Fahnestock*<br>Jack B. Blumenfeld (No. 1014)<br>Derek Fahnestock (No. 4705)<br>MORRIS NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com<br><br>*Counsel for Plaintiffs OSI Pharmaceuticals, LLC and Genentech, Inc.* | */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (No. 110)<br>Megan C. Haney (No. 5016)<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Counsel for Defendants Sun Pharmaceutical Industries Inc. and Sun Pharmaceutical Industries Ltd.* |

| | |
|---|---|
| *Of Counsel:*<br>Amy K. Wigmore<br>Tracey C. Allen<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>Emily Whelan<br>Kevin Yukerwich<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-5000 | *Of Counsel:*<br>Stephen P. Benson<br>Kimberly A. Beis<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>(312) 902-5200<br>stephen.benson@kattenlaw.com<br>kimberly.beis@kattenlaw.com |

Dated: August 22, 2017

       **SO ORDERED** this \_\_\_\_ day of _____, 2017.

BY THE COURT:

_____
Judge Gregory M. Sleet